UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODRIGO RAMOS**,<br><br>            Plaintiff,<br><br>   v.<br><br>**SELENE FINANCE, LP**,<br><br>            Defendant. | Case No.  4:25-cv-09324-YGR<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 4 |

Plaintiff has filed an Ex Parte Application for a Temporary Restraining Order to Restrain the Trustee's Sale. (Dkt. No. 4.) Plaintiff's counsel's declaration indicates that she has given notice by email to defendant. (Dkt. No. 4-3 ¶ 3.)

Having (i) reviewed the application for a Temporary Restraining Order, the Memorandum of Points and Authorities, the Declarations of Rodrigo Ramos and Sarah Shapero, and the complaint filed herein and (ii) met over videoconference with the plaintiff and counsel specially appearing for defendant, and good cause appearing, the Court **GRANTS** the Motion and **ORDERS** as follows:

### ORDER TO SHOW CAUSE

Defendant is **ORDERED TO SHOW CAUSE** why a preliminary injunction should not be entered against you to restrain and enjoin you and your agents, assigns and/or transferees, from proceeding with the foreclosure of the real property located at 15593 Lorenzo Avenue, San Lorenzo, CA 94580 (the "Subject Property"), encumbering or transferring any right, title, or interest in the Subject Property, or taking any other enforcement actions, pending trial of this action or further order of this Court.

**TEMPORARY RESTRAINING ORDER**

Pending hearing on the Order to Show Cause, defendant, and its agents, assigns and/or transferees, are restrained and enjoined from proceeding with the foreclosure of the Subject Property, encumbering or transferring any right, title, or interest in the Subject Property, or taking any other enforcement actions.

**IT IS FURTHER ORDERED THAT**,

1. Plaintiffs shall serve this Temporary Restraining Order and Order to Show Cause on Defendant no later than (i) Monday, November 3, 2025, by personal service and (ii) today by email to counsel specially appearing in the videoconference. Proof of such service shall be filed no later than Wednesday, November 5, 2025.
2. Any opposition to the Order to Show Cause shall be filed no later than **November 7, 2025**.
3. Any written reply shall be filed no later than **November 11, 2025**.
4. Hearing on the Order to Show Cause for Preliminary Injunction shall be held on **November 17, 2025, at 1:00 p.m.** in Courtroom 1, Federal District Courthouse, 1301 Clay Street, Oakland, California.

The Court will entertain a modified schedule for briefing and hearing, and extension of the temporary restraining order, if presented by stipulation of the parties. If the parties resolve their dispute informally before the hearing date, they will request by stipulation that the Court vacate the hearing.

**IT IS SO ORDERED.**

Dated: October 31, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE